I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2.12.14

DEPUTY CLERK

JS-6 / ENTERED

FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. CARRANZA,<br><br>    Petitioner,<br><br>vs.<br><br>DAVID B. LONG, Warden,<br><br>    Respondent. | ) Case No. CV 13-1555-R (JPR)<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 12, 2014

_____
MANUEL REAL
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY